HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br><br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 2:16-cv-01562-GEB-KJN<br><br>JOINT STIPULATION TO AWARD<br>PLAINTIFF ATTORNEY FEES<br>[28 U.S.C. § 2412(d)]; ORDER THEREON |

On August 4, 2017 this Court issued an order reversing the final decision of the Defendant, Carolyn Colvin, the Acting Commissioner of Social Security (Commissioner), with a remand for a rehearing. Judgment for Plaintiff was entered on the same day.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 20, 2017. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted, therefore, for Acting Commissioner Carolyn W. Colvin as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FOUR THOUSAND, TWO HUNDRED AND FIFTY DOLLARS ($4,250.00) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR HUNDRED DOLLARS ($400.00) in costs under 28 U.S.C. § 1920 are reasonable in this case. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

Under <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). This Court should therefore order the EAJA fees to be paid to Plaintiff. The Commissioner recognizes that Plaintiff assigned his right to EAJA fees to his attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner does not waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Accordingly, Defendant agrees to pay Plaintiff $4,250.00 in attorney's fees and $400.00 in costs.

All parties whose signature lines appear in this document have consented to its filing.

///

///

///

Dated: October 25, 2017          By:     *s/ Harvey P. Sackett*
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          MICHAEL P. BARRETT


                                          PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH L. STACHEL
                                          Regional Chief Counsel, region IX
                                          Social Security Administration

Dated: October 25, 2017          By:     *s/ Tina Naicker*
                                          TINA NAICKER
                                          Special Assistant United States Attorney
                                          (as authorized via e-mail 10/25/17)
                                          Attorneys for Defendant

IT IS SO ORDERED.

Dated: November 1, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3
JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT